UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

United States of America ex rel.
The Tarbell Group, LLC,

    Plaintiff

v.

Chattanooga Area Convention & Visitors
Bureau Inc. dba Chattanooga Tourism
Company,
Greene County Partnership Inc.,
and
Unknown John or Jane Does,

    Defendants

FILED UNDER SEAL PURSUANT TO
31 U.S.C. § 3730(b)(2)

Case no. 1-25-CV-110

FILED
APR 0 2 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## COMPLAINT

### Nature of the Case

1. Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

### Jurisdiction and Venue

2. The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district each defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

### Parties—Relator

3. Relator The Tarbell Group, LLC, is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

## Parties—501(c)(4) Defendants

4. Defendant Chattanooga Area Convention & Visitors Bureau Inc. dba Chattanooga Tourism Company is an entity exempt from taxation under section 501(c)(4) of the Internal Revenue Code, 26 U.S.C. § 501(c)(4) ("Tax-Exempt 501(c)(4) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 736 Market Street, Floor 18, Chattanooga, TN.

5. Defendant Greene County Partnership Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 115 Academy Street, Greeneville, TN.

## Parties—Individual Defendants

6. Defendants Unknown John or Jane Does were at all relevant times directors, officers, employees, or otherwise agents by and through whom Defendants respectively acted.

## Background

7. To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans").

8. PPP Loan recipients could receive up to two loans, one in each of two tranches, each called a "draw," i.e., first-draw and second-draw PPP Loans.

9. As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

10. The PPP Program at all times excluded Tax-Exempt 501(c)(4) Organizations from eligibility.

11. Each institutional defendant, by and through the individual defendants who acted on its behalf, applied for and received one or more PPP Loans for which it was legally ineligible.

### PPP Loans

12. Chattanooga Area Convention & Visitors Bureau Inc. dba Chattanooga Tourism Company applied and received approval for a first-draw PPP Loan on February 25, 2021 (loan number 4109488508), in the amount of $400,785.00, and had said PPP Loan forgiven on August 24, 2021, in the amount of $402,710.99.

13. Greene County Partnership Inc. applied and received approval for a first-draw PPP Loan on April 9, 2020 (loan number 9878577000), in the amount of $59,695.00, and had said PPP Loan forgiven on December 9, 2020, in the amount of $60,079.70.

14. Greene County Partnership Inc. applied and received approval for a second-draw PPP Loan on February 5, 2021 (loan number 3777778404), in the amount of $60,185.65, and had said PPP Loan forgiven on June 29, 2021, in the amount of $60,418.03.

### Cause of Action
### False Claims Act, 31 U.S.C. § 3729

15. Relator repeats and realleges each of the foregoing paragraphs.

16. Each institutional defendant was ineligible to receive its PPP Loan(s) at the time it applied and received approval for the same.

17. Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying

that it, or the defendant on whose behalf he or she acted, was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

18. Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it, or the defendant on whose behalf he or she acted, was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

19. Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it, or the defendant on whose behalf he or she acted, was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

## Prayer for Relief

20. WHEREFORE, Relator prays for the following relief against each defendant:

   a. A declaration that each defendant did violate the False Claims Act;

   b. An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to each defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

   c. The cost of this civil action, apportioned to each defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

   d. An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

e. Such other and further relief as may be just and proper.

**Demand for Jury Trial**

21. Relator demands a trial by jury.

Respectfully submitted,

*Bruce Ellis Fein*

**Law Office of Bruce Ellis Fein, PLLC**
Bruce Ellis Fein, Esq.
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*