**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| United States of America ex rel.<br>The Tarbell Group, LLC,<br><br>Plaintiff<br><br>v.<br><br>Greene County Partnership, et al.,<br><br>Defendants | Case no. 1:25-cv-110 |

**NOTICE IN RESPONSE TO COURT ORDER DATED JANUARY 21, 2026**

On January 21, 2026, the Court ordered Plaintiff-Relator The Tarbell Group, LLC ("Relator") to show cause why the action should not be dismissed pursuant to Federal Rules of Civil Procedure 4(m) and 41(b) for failure to prosecute. In response, Relator states that dismissal is unwarranted because the summons and complaint have been served on defendant Greene County Partnership—proof of service will be filed shortly—and a notice of voluntary dismissal has been filed as to defendant Chattanooga Area Convention and Visitors Bureau, Inc. Relator has filed concurrently herewith a motion to enlarge the time for service nunc pro tunc to January 30, 2026, the date on which it was effected. Should the Court deem the motion superfluous, Relator requests that the Court disregard or deny it as moot.

Respectfully submitted,

/s Bruce Ellis Fein

Bruce Ellis Fein (pro hac vice, Virginia State Bar No. 44049)
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*