# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL, THE TARBELL GROUP, LLC, | ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | No. 1:25-CV-110 |
| GREENE COUNTY PARTNERSHIP, INC., AND UNKNOWN JOHN OR JANE DOES, | ) ) ) | |
| Defendants | ) | |

## ANSWER

Comes the Greene County Partnership, Inc., including its employees and agents, and for response to the Plaintiff's Complaint, says:

### First Defense

The Plaintiff's Complaint fails to state a claim upon which relief can be granted because the Defendant Greene County Partnership, Inc., is not only an entity exempt from taxation under Section 501(c)(4) of the Internal Revenue Code but is also a Destination Marketing Organization.

-1-

## Second Defense

The Plaintiff's Complaint fails to state a claim upon which relief can be granted because it fails to allege that any specific portion of the applications by the Defendant Greene County Partnership, Inc., for PPP loans were made with actual knowledge, deliberate ignorance of the truth or reckless disregard for any inaccuracy, if any, contained therein.

## Third Defense

1. In response to the allegations of Paragraph 1, this Defendant denies that it illegally obtained any funds under federal Covid-19 relief laws, and admits the remaining factual allegations of Paragraph 1.

2. Admits the factual allegations of Paragraph 2.

3. In response to the factual allegations of Paragraph 3, this Defendant is without sufficient knowledge or information with which to admit or deny the factual allegations thereof.

4. In response to the factual allegations of Paragraph 4, this Defendant is without sufficient knowledge or information with which to admit or deny the factual allegations of Paragraph 4 and submits that the Defendant Chattanooga Area Convention & Visitors Bureau, Inc., also alleged to be exempt from taxation under Section 501(c)(4) of the Internal Revenue Code, has been

-2-

voluntarily dismissed from this case by the Plaintiff.

5.      Admits the factual allegations of Paragraph 5.

6.      Denies the factual allegations of Paragraph 6.

7.      In response to the factual allegations of Paragraph 7, this Defendant submits that the Plaintiff's allegations with respect to the legislative history involving the PPP Program is incomplete and fails to acknowledge the enactment in 2020 of the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act which included certain Destination Marketing Organizations for eligibility for PPP loans, and this Defendant met the criteria for eligibility for PPP Program loans.

8.      Admits the factual allegations of Paragraph 8.

9.      In response to the factual allegations of Paragraph 9, this Defendant submits that it submitted accurate and complete applications for loans pursuant to the PPP Program and the recipient of those applications determined whether or not it was eligible for such loans and the forgiveness thereof, and the remaining factual allegations thereof are denied.

10.     Denies the factual allegations of Paragraph 10 because the provisions of the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act enacted in 2020 included

-3-

certain Destination Marketing Organizations as eligible for the PPP Program even if they were also a 501(c)(4) Organization.

11. This Defendant admits that it applied for and received two (2) PPP loans, but denies the remaining factual allegations of Paragraph 11.

12. This Defendant is without sufficient knowledge or information with which to admit or deny the factual allegations of Paragraph 12 as to the Chattanooga Area Convention & Visitors Bureau, Inc., which Defendant the Plaintiff has voluntarily dismissed from this case.

13. Admits the factual allegations of Paragraph 13.

14. Admits the factual allegations of Paragraph 14.

15. For response to the factual allegations incorporated into Paragraph 15, this Defendant incorporates its responses to the factual allegations in the incorporated paragraphs.

16. Denies the factual allegations of Paragraph 16 because the eligibility of this Defendant for the PPP loans included in the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act enacted in 2020.

17. Denies the factual allegations of Paragraph 17.

-4-

18. Denies the factual allegations of Paragraph 18.

19. Denies the factual allegations of Paragraph 19.

20. All allegations of the Complaint not hereinbefore admitted or denied are hereby specifically denied.

Having fully answered, this Defendant moves that the Complaint as to it be dismissed with costs to the Plaintiff.

/s/Jerry W. Laughlin
Jerry W. Laughlin (BPR#002120)
Counsel for Defendant Greene County Partnership, Inc.
Laughlin, Nunnally, Hood & Crum, PC
100 South Main Street
Greeneville, TN 37743
Phone: 423-639-5183
Email: jerry@greenevillelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 9th day of April, 2026.

/s/Jerry W. Laughlin
Jerry W. Laughlin

L:\Gen Litigation\Greene County Partnership (U.S. vs.)\Answer

-6-