**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| United States of America ex rel.<br>The Tarbell Group, LLC,<br><br>Plaintiff<br><br>v.<br><br>Greene County Partnership, et al.,<br><br>Defendants | Case no. 1:25-cv-110-TRM-CHS |

**STIPULATION EXTENDING RELATOR'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Relator The Tarbell Group, LLC and Defendant Greene County Partnership, Inc., by their undersigned counsel, stipulate and agree that Relator shall have through and including September 7, 2026, in which to respond to Defendant's Motion for Judgment on the Pleadings (Doc. 41), filed on July 27, 2026. Relator's response is presently due on August 17, 2026. E.D. Tenn. L.R. 7.1(a).

Good cause supports the extension. Previously scheduled vacation and a professional course will occupy Relator's counsel through the first two weeks of August. The extension is the first sought for this deadline and will not affect any other deadline in this case. The parties respectfully request that the Court enter an order approving this stipulation.

Respectfully submitted,


/s/ Bruce Ellis Fein
Bruce Ellis Fein
Pro hac vice. Virginia State Bar No. 44049
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390

Attorney for Relator The Tarbell Group, LLC

/s/ Everett L. Hixson III
Everett L. Hixson III
BPR #033345
Chartwell Law
100 W. Martin Luther King Blvd, Suite 300
Chattanooga, TN 37402
423-205-2962
rhixson@chartwelllaw.com

Attorney for Defendant Greene County Partnership, Inc.