**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **UNITED STATES OF AMERICA *ex rel.*,**<br>**THE TARBELL GROUP, LLC,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GREENE COUNTY PARTNERSHIP, *et al.***<br><br>**Defendants.** | **CASE NO. 1:25-CV-110** |

## LOCAL RULE 12.1(A) STIPULATION

Relator The Tarbell Group, LLC, Defendant Greene County Partnership, and Defendant Jeffrey D. Taylor, through respective counsel, stipulate and agree as follows:

1. Relator filed its Amended Complaint on September 14, 2026, and it served counsel for Greene County and Mr. Taylor with a copy of that Amended Complaint the same day, by agreement.

2. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 12.1(a), the parties agree and stipulate that the deadline for both Defendants to answer or otherwise respond to Relator's Amended Complaint is extended by 21 days from September 14, 2026 to October 5, 2026.

3. This stipulation is made in good faith, for scheduling purposes only, and not for undue delay. No party will be prejudiced by this extension.

4. This stipulation does not waive any defenses, objections, or rights of any party, all of which the parties expressly preserve.

**BRUCE ELLIS FEIN PLLC**

By: s/ Bruce Ellis Fein
Bruce Ellis Fein (Pro Hac Vice)
bruce@newdream.net
P.O. Box 506
Great Falls, VA 22066
Telephone: (703) 248-0390
*Attorney for Relator*

**CHARTWELL LAW**

By: s/ Everett L. Hixson III
Everett L. Hixson III (BPR No. 033345)
rhixson@chartwelllaw.com
100 W. MLK Blvd., Ste 300
Chattanooga, TN 37402
Telephone: (423) 910-2200
Facsimile: (423) 373-1435
*Attorney for Greene County Partnership and Jeff Taylor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2026 a true and exact copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

**CHARTWELL LAW**

By:s/Everett L. Hixson III