**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THE TARBELL GROUP LLC, | ) | Case No. 1:25-cv-110 |
| *Plaintiffs*, | ) | Judge Travis R. McDonough |
| v. | ) | Magistrate Judge Christopher H. Steger |
| GREENE COUNTY PARTNERSHIP, *et al.*, | ) | |
| *Defendants*. | ) | |

---

**ORDER**

---

On July 27, 2026, Defendant Greene County Partnership Inc. ("Greene County") filed a motion for judgment on the pleadings. (Doc. 41.) On September 9, 2026, Plaintiff The Tarbell Group LLC ("Tarbell") filed a motion for leave to file an amended complaint (Doc. 45), which the Court granted on September 14, 2026 (Doc. 46). Because Tarbell has now filed an amended complaint, Greene County's motion for judgment on the pleadings (Doc. 41) is **DENIED WITH LEAVE TO REFILE**.

Additionally, Greene County and Defendant Jeffrey D. Taylor have filed a motion for leave to file a limited summary judgment motion, or, alternatively to modify the scheduling order. (Doc. 50.) For good cause shown, the motion is **GRANTED**. Defendant's shall file their limited motion for summary judgment on or before **October 12, 2026**.

**SO ORDERED.**

***/s/ Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**